168 So.2d 631

**Troy BECK**

v.

**STATE.**

**6 Div. 16.**

Court of Appeals of Alabama.

Aug. 18, 1964.

Rehearing Denied Oct. 6, 1964.

Robert French, Jr., Tuscaloosa, for appellant.

Richmond M. Flowers, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.

Certiorari denied by Supreme Court 168. So.2d 631 (6 Div. 148).